*Jr.,* and *Messrs. Sewall Key, A. F. Prescott,* and *Homer R. Miller* for the United States.

No. 251. COUNTY OF WESTCHESTER ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Frank J. Claydon* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States.

No. 254. NORTHWESTERN MUTUAL FIRE ASSOCIATION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Corwin S. Shank* and *Horatio C. Belt* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 257. RUSSIAN GREEK CATHOLIC CHURCH OF ST. JOHN THE BAPTIST ET AL. *v.* McAULIFFE ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. *Mr. Philip Reich* for petitioners. *Messrs. James C. Shannon, Allan E. Brosmith,* and *Thomas F. Garrahan* for respondents.

No. 260. CUMMER-GRAHAM Co. *v.* STRAIGHT SIDE BASKET CORP. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit